DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JON ANDRE THIBODEAUX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-357

[July 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mindy F. Solomon, Judge; L.T. Case Nos. 19-000058-AC-10A and 18-12229-MU-10A.

Frank A. Maister, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***